United States District Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-247 |
| | § | |
| S&S WIRELESS ZONE INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On September 22, 2023, the plaintiff filed a notice of voluntary dismissal as to its claims against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 8.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 25th day of September, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE